[No. 29038-0-I.   Division One.   August 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RENE CHRISTOPHER HAYDEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02237-9, Mary Wicks Brucker, J., entered

August 21, 1991. *Dismissed* by unpublished per curiam opinion.